PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE  Southern  DISTRICT OF TEXAS
 Houston  DIVISION

United States Courts
Southern District of Texas
FILED
APR 28 2020
David J. Bradley, Clerk of Court

David Allen Russell #1636898
Plaintiff's Name and ID Number
3 Jester Rd. Jester LH Unit
Richmond Texas 77406
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Lori Davis — Director - TDCJ
209 W. 14th St Ste 500, Austin, Texas 78701
Defendant's Name and Address

Lonnie Townsend - Senior Warden
3 Jester Rd. Richmond, Texas 77406
Defendant's Name and Address

B. Fredrick - Asst. Warden
3 Jester Rd. Richmond, Texas 77406
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be **legibly** handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: July 19, 2011
      2. Parties to previous lawsuit:
         Plaintiff(s) David Russell
         Defendant(s) Sheriff of Cameron County, Steve Carillo, et. al.
      3. Court: (If federal, name the district; if state, name the county.) Southern - Brownsville
      4. Cause number: B:11-cv-143
      5. Name of judge to whom case was assigned: Hilda Tagle
      6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed
      7. Approximate date of disposition: Nov. 20, 2017 - Appeal Dismissed, March 07, 2019

Rev. 05/15

2

I. Previous Lawsuits, continued.

February 27, 2012     Russell v. Swift, et al.     Pecos Division
Civil Action 4:12-cv-36,     Honorable Robert Junnell     Western Dist.
Dismissed without prejudice     August 29, 2013

November 27, 2012     Russell v. Thomas, et. al.     Abilene Division
Civil Action 1:12-cv-184     Honorable Sam Cummings     Northern Dist.
Dismissed without prejudice     April 30, 2013

May 23, 2013     Russell v. Davis et al     Southern Dist.
Civil Action 2:13-cv-142     Honorable Nelva Ramos     Corpus Christi
Dismissed without prejudice     January 31, 2014

July 08, 2013     Russell v. Unknown Drivers     Southern Dist.
Civil Action 4:13-cv-1991     Honorable Lynn Hughes     Houston Div.
Dismissed without prejudice     February 04, 2014

December 17, 2013     Russell v. Bell et al     Eastern Dist.
Civil Action 6:13-cv-966     Honorable Nicole Mitchell     Tyler Div.
Dismissed with prejudice     January 28, 2015

December 27, 2013     Russell v. Officials of Tulia-TDCJ et al
Civil Action W:13-cv-399     Honorable Walter Smith     Western Dist
Dismissed without prejudice     August 02, 2016     Waco Div.

July 18, 2014     Russell v. Bell, et al.     Western Dist
Civil Action A:14-cv-667-LY     Honorable Lee Yeakel     Austin Div.
Dismissed with prejudice     June 22, 2015

March 10, 2016     Russell v. Polk et al.     Eastern Dist.
Civil Action 6:17-cv-148     Honorable Ron Clark     Tyler Div.
Dismissed without prejudice     January 25, 2018

April 12, 2017     Russell v Yancy     Eastern Dist.
Civil Action 6:17-cv-217     Honorable Ron Clark     Tyler Div.
Dismissed without prejudice     August 22, 2017

I. Previous Lawsuits, continued.

The following cases were severed and transferred by the court:

File date unknown          Western Dist.   Pecos Div.
Civil Action PE:13-cv-11          Robert Junnell
Dismissed for Want of Prosecution - no appeal

File date unknown          Northern Dist.   Amarillo Div
Civil Action 2:13-cv-16          Unknown Honorable
Dismissed     F. W. O. P. - no appeal

File date unknown          Western Dist.   Waco Div.
Civil Action W:13-cv-30          Honorable Walter Smith
Dismissed     F. W. O. P. - no appeal

File dates unknown          Eastern Dist.   Tyler Div.
Civil Actions   6:14-cv-40;   6:14-cv-41;   6:14-cv-42; and
6:14-cv-43; Dismissed on misc. dates - F. W. O. P. - no appeal

I have no dates, judges, or disposition dates because L.C. Powledge Officers confiscated or converted these legal documents from me. No resolution through administrative remedies.

State Court: September 28, 2016, Russell v. Rayford et. al.
Civil Action DCCV16-442-3,    Honorable Mark Calhoun?
Dismissed without prejudice.   Appeal #12-16-298-CV- 12th Dist. COA
Mandate issued February 27, 2017; Supreme Court Cert. denied April 07, 2017

Filed: July 09, 2019       Russell v. Plentl       Anderson County
Civil Action DCCV19-1102-87       Honorable Deborah Evans     87th Dist
Dismissed without Prejudice January 14, 2020       Appeal Pending

Filed July 10, 2019       Russell v. Davis et. al.       Anderson County
Civil Action DCCV19-1204-349       Honorable Pam Fletcher   349th Dist.
Action Pending

November 20, 2019       No. 12-19-382-CV   Dismissed F. W. O. J Dec. 04, 2019
December 30, 2019       No. 12-19-419-CV   Dismissed (Percuriam) - Moot.
In re David Allen Russell   COA-Mandamus - 12th Dist

2(b)

II. PLACE OF PRESENT CONFINEMENT: Jester III Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ___ YES  ✗ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: David Allen Russell
3 Jester Road
Richmond, Texas 77406

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lorie Davis, Director, TDCJ-CID
209 W. 14th St. Price Daniels Bldg. Ste. 500, Austin, Texas 78701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Flagrant disregard to health, safety, or well being of me during outbreak & resolutions

Defendant #2: Lonnie Townsend, Senior Warden - Jester III Unit
3 Jester Road   Richmond, Texas 77406

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Flagrant disregard to health, safety, or well being of me during outbreak & resolutions

Defendant #3: B. Fredrick, Asst Warden - Jester III Unit
3 Jester Road, Richmond, Texas 77406

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Flagrant disregard to health, safety, or well being of me during outbreak & resolutions

Defendant #4: A. Washington, Major of Corrections Officer - Jester III
3 Jester Road, Richmond, Texas 77406

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Flagrant disregard to health, safety, or well-being of me during outbreak & resolutions

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I am the plaintiff; defendants are Lonnie Townsend, B. Fredrick, A. Washington, and Lorie Davis. All defendants have a duty to implement and utilize the policies and directives from management and failed to ensure his employees follow those policies and directives that provide reasonable safety and health of me, failing to ensure administrative remedies and access thereof and knowing said remedies, acts, and/or omissions were being unresolved or addressed, thusly abandoning and subjecting me to an unreasonable risk of serious harm or death. I am an inmate in the care, custody and control of the TDCJ when the acts complained of herein occurred and

See attached extra pages

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Declaratory Judgment rendered, issue mandatory injunctive relief and emergency orders to preserve my life and access to courts.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

David Allen Russell and no others.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

01636898 and no others

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
  1. Court that imposed sanctions (if federal, give the district and division): Tyler East & Austin Western
  2. Case number: 6:13-cv-866 & A:14-cv-667-LY respectively.
  3. Approximate date sanctions were imposed: 01-28-15 & 06-22-15 respectively
  4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

Rev. 05/15

4

knowing I have a protected right to humane and reasonably safe premises, continued with business as usual and failed to abate or limit exposure to a contagion knowing said virus will cause serious bodily injury and/or death. (Covid-19 virus)

Defendants have failed to provide any reasonable prevention of the spread of the virus, failed to implement social distancing, provide sanitizing measures for me, provide approved medical personal protective equipment to me and continues to crowd up to 200 inmates in a single location where I am within 10 inches from the next inmate in the dining hall and shower area.

Subordinate officers continue to touch my property and id with no personal protective equipment nor any sanitizing agents thereafter to prevent the spread of this deadly virus.

Subordinate officers walk around the dorm of fifty-five (55) other inmates with no mask and exposes me to a likelihood of serious bodily injury or death not understanding they may have Covid-19.

Administrative remedies have proved to be ineffective in protecting me from any injury because I have submitted two grievances on this unit that has never returned nor advised that my grieves have been received or processed.

I am without recourse at law or appeal

4 (a)

   C. Has any court ever warned or notified you that sanctions could be imposed? ✓YES ___NO

   D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): Austin - Western
   2. Case number: A:14-cv-667-LY
   3. Approximate date warning was issued: Unknown date - Prison officials confiscated that material relevant to this inquiry

Executed on: 04-17-2020
DATE

David Russell
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  Seventeenth  day of  April , 20 20 .
         (Day)                  (month)          (year)

David Russell
(Signature of Plaintiff)


**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15