United States Courts
Southern District of Texas
FILED

APR 28 2020

David J. Bradley, Clerk of Court

To the Clerk of the Court:

04-21-2020

Enclosed please find my Petition to the Court.

I have enclosed two complete copies and expect the Court to obtain my original and receive a file stamped copy from you upon receipt.

Please execute this document to the Court to be determine at the Court's earliest discretion.

I have planned on filing this petition on the 17th day of April 2020 but complications at my unit of incarceration has delayed said filing.

I will not change the date as that may complicate the veracity of my petition.

I attest the facts stated herein are true and correct pursuant to the penalties of perjury.

Thank you for your time to this matter. I Look forward to hearing from you soon.

Sincerely,

[signature]

David Russell, Plaintiff.