David Russell - 1000070
Jester Rd
Richmond, Texas 77406

Case 4:20-cv-01498 Document 1-2 Filed on 04/28/20 in TXSD Page 1 of 1

United States Courts
Southern District of Texas
FILED
APR 28 2020
David J. Bradley, Clerk of Court

AFSM 4 N Hou 773
THU 23 APR 2020AM

Houston Division, U.S.D.C
Attn: Clerk
P.O. Box 61010
Houston, Texas 77208